## McCRORY v. HIGH.

No. 22544. Opinion Filed Feb. 14, 1933.

Earl Abner Brown, for plaintiff in error.

Arleigh Davis, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 P. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file brief as required by rule 7 of this court.

## OKLAHOMA NATURAL GAS CO. v. BASIL, County Treasurer.

No. 22015. Opinion Filed Feb. 14, 1933.

Brown & Stater, for plaintiffs in error.

Ernest F. Jenkins, County Attorney, for defendant in error.

PER CURIAM. Under the authority of rule 5, 87 Okla. xix, and the doctrine of Atchison, T. & S. F. Ry. Co. v. Johnson, County Treasurer, 85 Okla. 161, 204 P. 910, the appeal herein is dismissed.